DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
E-Mail: Darrell.Dennis@lewisbrisbois.com
LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
E-Mail: Laureen.Frister@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants KeHE Distributors of Nevada, LLC and KeHE Distributors, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HELMI EL SENSOUSSI, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SF MARKETS, LLC dba Sprouts Farmers Market, a Delaware Corporation; CULTURE FRESH FOODS, INC., a Delaware Corporation; KEHE DISTRIBUTORS OF NEVADA, LLC, a Delaware Limited Liability Company; KEHE DISTRIBUTORS, LLC, a Delaware Limited Liability Company; DOES 1-10, inclusive; and ROE BUSINESS ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00600-RFB-MDC<br><br>AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES<br><br>(SECOND REQUEST) |

Pursuant to LR 6-1 and LR 26-3, Plaintiff HELMI EL SENSOUSSI ("Plaintiff"), Defendant SF MARKETS, LLC dba Sprouts Farmers Market ("Sprouts"), Defendant CULTURE FRESH FOODS, INC. ("CFF"), Defendant KEHE DISTRIBUTORS OF NEVADA, LLC ("KDN"), and Defendant KEHE DISTRIBUTORS, LLC ("KD") (collectively "Parties"), by and through their respective counsel of record, hereby submit this Amended Stipulation to Extend Discovery Deadlines (Second Request) to extend all discovery deadlines.

///

169188170.1

## DISCOVERY COMPLETED TO DATE

The following discovery has been completed to date:

1. The Parties have made/served their FRCP 26 Disclosures;
2. Plaintiff propounded written discovery on Sprouts, CFF, KDN, and KD (collectively ("Defendants");
3. Sprouts, CFF, KDN, and KD have responded to Plaintiff's written discovery;
4. Plaintiff, Sprouts, and CFF have responded to KDN and KD's Demand for Prior Pleadings and Discovery

## DISCOVERY REMAINING

The following discovery is remaining:

1. Defendants will obtain a full set of Plaintiff's medical records and bills;
2. Defendants will propound written discovery on Plaintiff;
3. The Parties' will designate initial and rebuttal experts;
4. Depositions of Plaintiff, his fact witnesses, experts, and treating providers; and
5. Depositions of Defendants' FRCP 30(b)(6) witnesses, fact witnesses, and experts.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The Parties aver, pursuant to Local Rule 26-3, that good cause exists for the requested extension. This Request for an extension of time is not sought to delay the proceedings or for any improper purpose.

On October 2, 2025, Plaintiff filed his First Amended Complaint. On October 30, 2025, KDN and KD filed their Answer to Plaintiff's First Amended Complaint.

On November 7, 2025, KDN and KD served a Demand for Prior Pleadings and Discovery on Plaintiff, Sprouts, and CFF. To date, Plaintiff Sprouts, and CFF have responded to KDN and KD's Demand for Prior Pleadings and Discovery. Sprouts and CFF's delay in responding to KDN and KD's Demand for Prior Pleadings and Discovery in a timely manner was due to calendaring errors and inter-office miscommunications, which the parties agree is excusable neglect. Accordingly, good cause exists to extend the discovery

deadlines as provided below.

On November 17, 2025, the Parties conducted a supplemental FRCP 26 conference.

As demonstrated above, KDN and KD have diligently worked conduct discovery since their appearance in the instant matter. However, KDN and KD need additional time to review the parties' voluminous Responses to their Demand for Prior Pleadings and Discovery, and conduct discovery. Moreover, knowing that a new party would be joined into the case, counsel have delayed depositions to avoid the need for duplication. Further, Plaintiff and Sprouts have met and conferred about prior served discovery responses, and Sprouts has agreed to supplement same. Accordingly, the Parties have agreed to extend discovery deadlines by one hundred fifty (150) days. The deadline to amend pleadings will not be extended.

## CURRENT AND PROPOSED DISCOVERY DEADLINES

| Activity | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Amend Pleadings | September 1, 2025 | Closed |
| Initial Expert Disclosures | February 2, 2026 | July 2, 2026 |
| Rebuttal Expert Disclosures | March 2, 2026 | July 30, 2026 |
| Discovery Cut-Off | April 1, 2026 | August 31, 2026 |
| Dispositive Motions | May 1, 2026 | September 28, 2026 |
| Joint Pretrial Order | June 1, 2026 | October 29, 2026 |

///

///

///

///

1  IT IS HEREBY STIPULATED by and between the Parties and their respective
2  undersigned counsel that the discovery deadlines be extended as set forth above.

| Dated this 9th day of January 2026. | Dated this 9th day of January 2026. |
|---|---|
| REX LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Cory Rex<br>CORY REX, ESQ.<br>Nevada Bar No. 10577<br>*Attorney for Plaintiff* | /s/ Laureen P. Frister<br>DARRELL D. DENNIS, ESQ.<br>Nevada Bar No. 6618<br>LAUREEN P. FRISTER, ESQ.<br>Nevada Bar No. 13217<br>*Attorneys for Defendants KeHE Distributors of Nevada, LLC and KeHE Distributors, LLC* |
| Dated this 9th day of January 2026. | Dated this 9th day of January 2026. |
| WOLFE & WYMAN LLP | WILSON ELSER |
| /s/ David T. Blake<br>RAHUL KULKARNI, ESQ.<br>Nevada Bar No. 10650<br>DAVID T. BLAKE, ESQ.<br>Nevada Bar No. 11059<br>*Attorneys for Defendant Culture Fresh Foods, Inc.* | /s/ Alexandra B. McLeod<br>Alexandra B. McLeod, Esq.<br>Nevada Bar No. 81815<br>*Attorney for Defendant SF Markets, LLC dba Sprouts Farmers Market* |

## ORDER

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: January 9, 2026

///
///